■ (A) In the Matter of GENE HOWARD. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur. (B) In the Matter of ISRAEL SLOCHOWSKY. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur. (C) In the Matter of JACK STERNGASS. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.— [In each proceeding] Upon the report of the Committee on Character and Fitness, to whom this application had been referred for investigation, the application is granted; the applicant is reinstated as a member of the Bar.

■ In the Matter of ELESANO TROIANI, Appellant, v. PAUL LIVOTI, as County Clerk of Queens County, Respondent.— Motion by appellant for reconsideration of his motion for leave to appeal as a poor person, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ PHILIP A. MANZO, Respondent, v. EAGLE DELIVERY TRUCK RENTING Co., INC., et al., Appellants.— Motion by appellants for a stay of assessment of damages, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before September 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ JOSEPH K. ROWE, Respondent, v. ALEXANDER E. LEVINE, Appellant.— Motion by appellant for a stay of his examination before trial, pending appeal, granted. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY P. BRYANT, Appellant.— Motion by appellant to direct court reporter to furnish the typewritten minutes of the trial to enable appellant to prosecute his appeal. In view of the statement by the District Attorney that the court reporter expects to furnish the minutes by August 1, 1961, the motion is denied. Such denial, however, is without prejudice to an application in the Supreme Court for a mandamus order against the court reporter in the event that the transcript be not furnished by August 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RODNEY NORELL BYRNES, Appellant.— Motion by appellant for reconsideration of his motion for assignment of counsel, granted. On reconsideration, motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Cross motion by respondent to dismiss appeal denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.